United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS, DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP; APPRENTICE AND JOURNEYMAN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESERVATION FUND; and OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND,<br><br>      Plaintiffs,<br><br>  v.<br><br>MULDER CONSTRUCTION, INC., a California Corporation and RANDOLPH E. MULDER, individually,<br><br>      Defendants.<br>_____/ | No. C 03-01744 WHA<br><br>**ORDER TO SHOW CAUSE** |

By order dated December 7, 2004, plaintiffs were required to take all steps to ensure proper service to defendants and file a certificate of service. In addition, plaintiffs were asked to file a revised declaration with the correct calculation of damages in connection with their motion for default judgment. Almost eight months have passed with no response.

1  Plaintiffs are **ORDERED TO SHOW CAUSE** why this action should not be dismissed for
2  failure to prosecute by **AUGUST 18, 2005**, at which time the Clerk will be asked to close the case
3  file.  In the alternative, plaintiffs may file a renewed motion for default judgment on the normal
4  35-day calendar by the same date.

6  **IT IS SO ORDERED.**

8  Dated:  August 5, 2005



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE