James P. Watson (SBN 046127)
Bruce K. Leigh (SBN 129753)
STANTON, KAY & WATSON, LLP
101 New Montgomery Street, 5th Floor
San Francisco, CA 94105-3612
Telephone: 415-512-3501
Facsimile: 415-512-3515

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS, DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICESHIP AND JOURNEY AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESEVATION FUND; and OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND,<br><br>        Plaintiffs,<br><br>    v.<br><br>MULDER CONSTRUCTION, INC., a California Corporation and RANDOLPH E. MULDER, individually,<br><br>        Defendants. | Case No.: C 03-01744 WHA<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs KEN WALTERS and DON DOSER, in their respective capacities as Trustees of

the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN

-1-

REQUEST FOR DISMISSAL WITHOUT PREJUDICE                                                CASE NO. C 03-01744 WHA

1  CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED
2  OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS
3  AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICESHIP AND
4  JOURNEY AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS
5  VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT
6  ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET PRESEVATION
7  FUND; and OPERATING ENGINEERS INDUSTRY STABILIZATION TRUST FUND, hereby
8  request that the within action be dismissed in its entirety as to all defendants without prejudice.
9  This request is made because the parties have reached agreement on a complete settlement of the
10 entire action.  As defendants have not made any appearance, a stipulation by the defendants is not
11 required.

13 DATED: October 7, 2005                    STANTON, KAY & WATSON, LLP

15                                             By  /s/ Bruce K. Leigh
                                                Bruce K. Leigh
16                                              Attorneys for Plaintiffs

18 IT IS SO ORDERED.
19 Date: October 11, 2005

                                              _____
20                                             Hon. William H. Alsup, Judge
                                               United States District Court

-2-

REQUEST FOR DISMISSAL WITHOUT PREJUDICE                    CASE NO. C 03-01744 WHA

## PROOF OF SERVICE

CASE NAME: *Ken Walters, et al. v. Mulder Construction, Inc., et al.*
CASE NUMBER: United States District Court, Northern District of California
No. C 03-01744 WHA

I am a citizen of the United States and a resident of the State of California. I am over the age of 18 and not a party to the within action. My business address is 101 New Montgomery Street, Fifth Floor, San Francisco, California 94105.

On October 7, 2005, I served the following document(s) described as:

**REQUEST FOR DISMISSAL WITHOUT PREJUDICE**

on the following party/parties:

Attorneys for Defendants:

William D. McHugh, Esq.
McHUGH & CHEN
Two North Second Street, Suite 1400
San Jose, CA 95113
Telephone: (916) 920-4044
Facsimile: (916) 920-4145

___X___  (BY MAIL) with postage thereon fully prepaid in the designated area for outgoing mail. I am readily familiar with STANTON, KAY & Watson's practice of collection and processing correspondence whereby mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited with the United States Postal Service after the close of each day's business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this Declaration is executed on October 7, 2005 at San Francisco, California.

*[signature]*
_____
Carol M. Christensen